PEOPLE, Respondent, v PAUL WALLACE, Appellant.—Motion for summary reversal denied with leave to renew in the event that the stenographic transcripts required to be filed pursuant to CPL 460.70 (1) are not filed with the Orleans County Clerk on or before August 6, 1991. Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.